

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00486-CV

TEXAS HEALTH HARRIS                                   APPELLANTS
METHODIST HOSPITAL FORT
WORTH, HARRIS METHODIST
HOSPITALS INC., AND TEXAS
HEALTH RESOURCES AND
COMMUNITY BLOOD CENTER
D/B/A COMMUNITY TISSUE
SERVICES

V.

WILLIAM AUSTEN BIGGERS;                               APPELLEES
WILLIAM ANGUS BIGGERS, III,
INDIVIDUALLY AND AS GUARDIAN
OF THE PERSON AND ESTATE OF
WILLIAM AUSTEN BIGGERS; AND
LILLIE KAY BIGGERS

## NO. 02-13-00040-CV

DIANA B. WILSON, M.D.                                 APPELLANT

V.

WILLAM AUSTEN BIGGERS;                                APPELLEES
WILLIAM ANGUS BIGGERS, III;
INDIVIDUALLY AND AS GUARDIAN
OF THE PERSON AND ESTATE OF
WILLIAM AUSTEN BIGGERS; AND
LILLIE KAY BIGGERS

-----------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

-----------

## ORDER

-----------

We have considered appellees' "Amended Agreed Motion For Consolidation Of Appeals."

The motion is **GRANTED**.

It is therefore ORDERED that appeal number 02-12-00486-CV, Texas Health Harris Methodist Hospital Fort Worth, Harris Methodist Hospitals Inc., and Texas Health Resources and Community Blood Center d/b/a Community Tissue Services v. William Austen Biggers; William Angus Biggers, III, Individually and as Guardian of the Person and Estate of William Austen Biggers; and Lillie Kay Biggers is consolidated with appeal number 02-13-00040-CV, Diana B. Wilson, M.D. v. William Austen Biggers; William Angus Biggers, III, Individually and as Guardian of the Person and Estate of William Austen Biggers; and Lillie Kay Biggers.  Each appeal shall continue to bear its respective case number.

The appellees' brief for will be due on or before **Monday, April 15, 2013**.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record.

DATED March 25, 2013.

PER CURIAM